United States District Court.
Western District of North Carolina State

FILED
ASHEVILLE, NC
DEC 0 6 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Hong M Nguyen   *
11707 S. williamsburg Dr.   *
Farragut,TN.37934   *
    Plaintiff   *   Civil number : 1:24cv297-MR-WCM

Vs.   *

Harrah's Cherokee Casino resort
777 Casino drive   *
Cherokee,NC.28719   *
Tel (828)497-7777   *

## COMPLAINT

On 05/24/2024 about midnight Harrah's Cherokee Casino Dealer was ignore my Blackjack game signal , I tried to tell him not ignore my signal to playing during the blackjack game on the table.

He sponsible of my signal in the draw shoe card hit or stop of draw my blackjack card, do so the manager on Camera can see and check out corrected. But the dealer was ignore my signal in the past sometime during the game.

I just tried to tell him,But the Harrah's Cherokee Casino was harassment laugh yell and called Harrah's cherokee Casino Security man at once come over my table.

After that The casino Security check over Camera and talk with Manager, supervisor and other people.

Then Harrah's Cherokee Casino was removed Harrah's Cherokee Casino Dealer and He come to the his office ,I was still there on the table game.

That was make me sick of Metal illness and Very bad time. I could not happy and I was not feel good ,I was Nusering ,

I was made a lot mistaken during the blackjack game, I was lost more than $50,000.00 .

What ever I pray Harrah's Cherokee Casino pay for of the following:

1- pay back of my money lost of blackjack game
2- unhealthy metal health
3- security check point on me for none reason
4- get sick of this action
5- all cost of this action
6- Attorney fee of this action
7-any Court cost and filing fee of this action

                                      Signature

HONG M NGUYEN   12/02/2024